62 So.2d 229

### James DAVIS v. STATE.

### 7 Div. 185.

Supreme Court of Alabama.

Dec. 18, 1952.

Si Garrett, Atty. Gen., and Robt. Straub, Asst. Atty. Gen., for the petition.

Jas. G. Adams, Jr., Birmingham, opposed.

LAWSON, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Davis v. State, 36 Ala.App. 573, 62 So.2d 224.

Writ denied and petition dismissed.

LIVINGSTON, C. J., and BROWN and SIMPSON, JJ., concur.